No. 347. WILLMARK SERVICE SYSTEM, INC., *v.* WIRTZ, SECRETARY OF LABOR. C. A. 8th Cir. Certiorari denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *Clarence Fried* for petitioner. *Solicitor General Cox, Charles Donahue, Bessie Margolin, Sylvia S. Ellison* and *Caruthers G. Berger* for respondent.

No. 371. PANZA ET AL. *v.* ARMCO STEEL CORP. C. A. 3d Cir. Certiorari denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *Samuel L. Goldstein* for petitioners. *David B. Buerger* and *John G. Buchanan, Jr.* for respondent.

No. 7, Misc. HARRIS *v.* THOMAS, WARDEN. Court of Appeals of Kentucky. Certiorari denied. Petitioner *pro se. John B. Breckinridge,* Attorney General of Kentucky, and *Ronald M. Sullivan,* Assistant Attorney General, for respondent.

No. 42, Misc. ROLLINS *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied. Petitioner *pro se. C. Donald Robertson,* Attorney General of West Virginia, and *George H. Mitchell* and *Simon M. Bailey,* Assistant Attorneys General, for respondent.

No. 46, Misc. HAMPTON *v.* WALKER, WARDEN. Supreme Court of Louisiana. Certiorari denied. Petitioner *pro se. Jack P. F. Gremillion,* Attorney General of Louisiana, and *Teddy W. Airhart, Jr.,* Assistant Attorney General, for respondent.

No. 499, Misc. ARROCHA *v.* SALYER. C. A. 10th Cir. Certiorari denied.